IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DEXTER JONES CHALMERS | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-353 |
| AMANDA J. LEIGH, *et al.*, | § | |

MEMORANDUM OPINION REGARDING VENUE

Plaintiff, Dexter Jones Chalmers, an inmate confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Amanda J. Leigh and Michael Kopech.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Venue in a civil rights action is determined pursuant to 28 U.S.C. § 1391(b). When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where all the defendants reside or in which a substantial part of the events or omissions giving rise to the claim occurred. Venue in this case is not proper in the Eastern District of Texas, Beaumont Division.

Plaintiff complains of actions taken by the Defendants in executing their roles at the 276th District Court in Pittsburg, Texas. Pittsburg, Texas is in Camp County which lies within the jurisdiction of the Marshall Division of the Eastern District of Texas. A district court has the

authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. *See* 28 U.S.C. §§ 1404, 1406. Therefore, in the interest of justice, and for the convenience of the parties and witnesses, all claims against the Defendants should be transferred to the Marshall Division of the Eastern District of Texas. An appropriate order so providing will be entered by the undersigned.

SIGNED this 16th day of August, 2026.

Zack Hawthorn
United States Magistrate Judge